IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY ALFORD, | ) |
| Plaintiff, | ) Civil Action No. 05 - 965 |
| v. | ) Judge Terrence F. McVerry |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| BEAVER COUNTY JAIL, | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed a Motion to Proceed in Forma Pauperis on July 14, 2005 (Doc. No. 1). The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Doc. No. 3), filed on July 15, 2005, recommended that the Plaintiff's Motion to Proceed In Forma Pauperis (Docket No. 1) be denied and the case dismissed without prejudice. Plaintiff was served at SCI Greene, 175 Progress Drive, Waynesburg, PA 15370. The parties were advised they were allowed ten (10) days from the date of service to file written objections to the report and recommendation. No objections have been filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 11<u>th</u> day of <u>August</u>, 2005;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis (Docket No. 1) is **DENIED** and the case dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 3) of Magistrate Judge Lenihan, dated July 15, 2005, is adopted as the opinion of the court.

Dated: 8/11/2005                                     BY THE COURT:

                                                     s/ Terrence F. McVerry
                                                     United States District Judge

cc:     Lisa Pupo Lenihan
        United States Magistrate Judge

        Jefferey Alford
        FT - 1256
        S.C.I. Greene
        175 Progress Drive
        Waynesburg, PA 15370